AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Bobra Powell Jr. ("POWELL") | ) ) ) ) ) | Case No.  6:23-mj- 1317 |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 3, 2022__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape by federal prisoner in custody of institution or officer |

This criminal complaint is based on these facts:
See affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Hector Villegas-Rodriguez, Deputy, USMS
Printed name and title

Sworn to before me over video conference and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 03/24/2023

_____
Judge's signature

City and state: Orlando, FL

EMERY J. KIDD, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA

COUNTY OF ORANGE

Case No. 6:23-mj-1317

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Deputy United States Marshal Hector Villegas-Rodriguez, being duly sworn, state the following:

### INTRODUCTION

1. I, Hector Villegas-Rodriguez, am a Deputy United States Marshal (DUSM). I am currently assigned to the United States Marshals Service, Middle District of Florida, Orlando office. I have been employed with the United States Marshals Service since 2020. As a DUSM, my duties include the following: fugitive apprehension, investigations of escape, investigations of failure to appear, investigations into other violations of the Court's orders, court operations, prisoner production, prisoner processing, and the maintenance of prisoner records. Deputy United States Marshals are commissioned federal law enforcement officers of the United States empowered under Title 28 U.S.C 564 & 566 and are authorized to carry firearms, execute warrants, make arrests for offenses against the United States of America, and perform other law enforcement duties as authorized by law.

### PURPOSE OF THE AFFIDAVIT

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging the defendant, BOBRA POWELL Jr. ("POWELL"), with escape, in violation of 18 U.S.C. § 751(a). As this affidavit is being offered for the limited purposed of establishing probable cause for the charged offense, I have not included all facts and information known to me about this investigation. This

affidavit is based on my participation in this investigation as well as information I have received from other law enforcement personnel.

## PROBABLE CAUSE

3. On or about June 1, 2010, POWELL Jr. was sentenced to 180 months' imprisonment, followed by a term of 5 years of supervised release in the Middle District of Florida, Case No. 3:09-cr-190. He was convicted of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1). POWELL's criminal history includes multiple felony convictions including in 2003 for the sale of cocaine, in 2005 for battery, and in 2006 for aggravated battery with a deadly weapon and causing bodily harm.

4. Once POWELL completed approximately thirteen years of his fifteen-year sentence, the Bureau of Prisons (BOP) designated POWELL to serve the remaining approximately six months of his prison sentence at Dismas Charities. Dismas Charities is a Residential Re-Entry Center (RRC) or Community Treatment Center (CTC), which are commonly referred to as Halfway Houses. These RRCs and CTCs are considered BOP facilities and overseen by the BOP. The inmates assigned there remain in the custody of the BOP and are designated there under the authority of the Attorney General. BOP typically assigns inmates to these pre-release facilities (RRCs and CTCs) based on the inmate's home of record, desired location of residence after release, or proximity to close and supporting family members. These facilities provide meals, housing, supervision, access to transportation, job placement resources, access to medical services, mental health counseling, and substance abuse counseling in addition to other transitional services. Designation to these facilities

2

allow inmates an opportunity to ease their re-entry back into the community facilitating their eventual release or transition out of incarceration.

5. On approximately August 11, 2022, POWELL was designated and admitted to Dismas Charities located in Orlando, Florida as a Pre-Release Transfer. POWELL was supposed to be housed at the RRC until February 8, 2023.

6. As part of his placement at this RRC, he received a resident handbook setting forth the rules of the facility. All inmates are required to sign and date a Resident Intake Packet in which they acknowledge a list of prohibited acts and agree that the acts have been explained to them. The Resident Handbook sets forth the rules of the RRC. A violation of these rules subjected POWELL to disciplinary proceedings, including his possible return to a federal. POWELL signed the receipt of rules on August 11, 2022, acknowledging he received a copy of the prohibited acts and understood them.

7. In the morning of December 3, 2022, POWELL left the RRC for an approved work pass. At approximately 4:45 pm, POWELL failed to Return to Dismas Charities in violation of the program rules. Dismas Charities contacted the Bureau of Prisons on call management and violated POWELL placing him in an escape status.

8. The U.S. Marshals Service attempted to contact POWELL and his employer by utilizing the telephone numbers provided by Dismas Charities. POWELL was not able to be contacted. POWELL never returned to Dismas Charities.

9. On December 5, 2022, the Bureau of Prisons Escape Notice was entered into NCIC. On December 10, 2022, in St. Augustine, Florida, POWELL was arrested by Saint Johns County Sherriff's Office. POWELL was a passenger in a vehicle and identified during a traffic stop. POWELL was arrested and has since been serving time in BOP custody at the Baker County Detention Center. POWELL is due to be released from custody on March 27, 2023.

## CONCLUSION

10. Based on the foregoing, there is probable cause to believe that the defendant, BOBRA POWELL JR., has committed the offense of escape, in violation of 18 U.S.C. § 751(a).

Respectfully submitted,

Hector Villegas-Rodriguez
Deputy United States Marshal

Affidavit submitted by email and attested
to me as true and accurate by Zoom and/or
teleconference conference consistent with
Fed. R. Crim. P. 4.1 and 41(d)(3)
this __24__ day of March, 2023.

EMBRY J. KIDD
United States Magistrate Judge

4